UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-8972 GAF (PLAx) | Date | January 6, 2014 |
|---|---|---|---|
| Title | DEVELOPERS SURETY AND INDEMNITY COMPANY v. STEVEN M. HARTLEY, et al. | | |

| Present: The Honorable | GARY ALLEN FEES, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Pursuant to plaintiff's Notice of Dismissal filed on December 30, 2013, the Court dismisses the Second, Third and Fourth Causes of Action of the First Amended Complaint pursuant to the Federal Rules of Civil Procedure 41(a)(2). Judgment to issue.

:
Initials of Preparer     SMO