JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN – 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN M. HARTLEY, an individual; BARBARA HARTLEY, an individual; THE ARBORS AT DESERT HOT SPRINGS, LLC, a Washington limited liability company; and BLUESTAR MANAGEMENT, INC., a Washington corporation, inclusive,<br><br>Defendants. | Case No.  CV12-08972-GAF-PLA<br><br><br>**JUDGMENT** |

**WHEREAS,** Developers Surety and Indemnity Company (Plaintiff) brought an action against Steven M. Hartley, Barbara Hartley, The Arbors at Desert Hot Springs, LLC, and Bluestar Management, Inc. (Defendants), seeking reimbursement under the terms of an indemnity agreement and California law arising from a performance bond Plaintiff issued to Defendants guaranteeing the performance of a construction project (Project) for the City of Desert Hot Springs (City); and,

SALAMIRAD
MORROW
A PROFESSIONAL LAW
CORPORATION

- 1 -

**JUDGMENT**

1    **WHEREAS,** Defendants failed to fulfill their obligations to the City with
2    respect to the Project and Plaintiff financed the completion of the Project pursuant
3    to the terms of the performance bond; and,

4    **WHEREAS,** City filed a lawsuit against Plaintiff to enforce the terms of the
5    performance bond and Plaintiff hired counsel to defend it in that lawsuit which was
6    ultimately settled whereby Plaintiff agreed to finance completion of the Project in
7    exchange for being released from City's claims; and,

8    **WHEREAS,** Plaintiff paid $8,825 to contractor All Right Services, Inc., and
9    $153,961.94 to complete the Project, and received an offset of $6,500 from a
10   contractor's surety, making Plaintiff's expenditures on the Project total
11   $156,286.94; and,

12   **WHEREAS,** Defendants have refused and failed to indemnify, hold
13   harmless and reimburse Plaintiff for its losses so that Plaintiff has also incurred
14   $14,860.92 in attorneys' fees for a total loss of $171,147.86 as a result of issuing
15   the performance bond, completing the Project, defending against the City's lawsuit
16   and enforcing the indemnity agreement; and,

17   **WHEREAS,** Plaintiff filed a Motion for Summary Judgment against
18   Defendants on its causes of action for breach of contract (First Cause of Action)
19   and statutory reimbursement (Fifth Cause of Action) which motion is unopposed;
20   and,

21   **WHEREAS,** there is no issue of material fact as to the First Cause of Action
22   as it is undisputed that Defendants breached their indemnity agreement, the terms of
23   which are clear, because they failed and refused to reimburse Plaintiff for the losses
24   it incurred after issuing the performance bond, and it is undisputed that all of the
25   necessary elements of a claim for the breach of the indemnity agreement are met,
26   and it is further undisputed as to the amount of damages which have accrued; and,
27   ///
28

SALAMIRAD
MORROW
A PROFESSIONAL LAW
CORPORATION

- 2 -
**JUDGMENT**

1    WHEREAS, because there is no genuine issue as to any material fact
2    regarding Plaintiff's claims for breach of contract or the damages arising from the
3    breach, this Court granted Plaintiff's Motion for Summary Judgment with respect to
4    that claim; and,

5        WHEREAS, Plaintiff has also moved for summary judgment with respect to
6    its claim for statutory reimbursement pursuant to California Civil Code section
7    2847 which creates a statutory right to reimbursement in favor of a surety making
8    payments under bond obligations; and,

9        WHEREAS, because Plaintiff has presented evidence that it has satisfied its
10   obligations under the performance bond and is entitled to reimbursement and
11   Defendants have failed to present any issue of disputed material fact, this Court
12   granted Plaintiff's Motion for Summary Judgment with respect to that claim;
13   therefore,

14

15   **THE COURT HEREBY ORDERS THAT:**

16       Plaintiff DEVELOPERS SURETY AND INDEMNITY COMPANY
17   recovers from the Defendants STEVEN M. HARTLEY, BARBARA HARTLEY,
18   THE ARBORS AT DESERT HOT SPRINGS, LLC, and BLUESTAR
19   MANAGEMENT, INC., jointly and severally, the amount of One Hundred
20   Seventy-One Thousand One Hundred Forty-Seven Dollars and Eighty-Six Cents
21   ($171,147.86) which amount includes sums paid to contractors and to finish the
22   Project and attorneys' fees to bring this action and to defend against an action by
23   the City of Desert Hot Springs.

24       This action was decided by Judge Gary Allen Feess on evidence presented in
25   support of Plaintiff's Motion for Summary Judgment for causes of action for breach
26   of contract (First Cause of Action) and for statutory reimbursement (Fifth Cause of
27   Action), which motion was unopposed by Defendants, who failed to produce
28

SALAMIRAD
MORROW
A PROFESSIONAL LAW
CORPORATION

- 3 -

**JUDGMENT**

1   evidence of any disputed issue of material fact.

2

3   Dated: 1/6/14

4                                   The Honorable Gary Allen Feess
                                    Judge of the United States District Court
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SALAMIRAD
MORROW
A PROFESSIONAL LAW
CORPORATION

- 4 -

**JUDGMENT**